### W. T. WARRICK v. THE STATE.

No. 9200.    Delivered Jan. 28, 1925.

**Possession of Equipment for Manufacturing Intoxicating Liquors—Recognizance Must Appear in Record.**

In the absence of a recognizance or an appeal bond, this court is without jurisdiction to pass on the merits of the case. The appeal is dismissed.

Appeal from the District Court of Camp County. Tried below before the Hon. R. T. Wilkinson, Judge.

Appeal from a conviction for unlawful possession of equipment for the manufacture of intoxicating liquor; penalty one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful possession of equipment for the manufacture of intoxicating liquors; punishment fixed at confinement in the penitentiary for one year.

We find no recognizance in the record although there is a statement to the effect that such recognizance was taken.

In the absence of a recognizance or an appeal bond approved in the manner required by law, this court is without jurisdiction to pass on the merits of the case.

The appeal is dismissed.

*Dismissed.*